## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Calvin LeSure,                                                    Case No. 21-cv-368 (MJD/JFD)

        Plaintiff,

v.                                                                             **ORDER**

Robert R. Cima, in his individual
capacity,

        Defendant.

This matter is before the Court on the Order and Report and

Recommendation by United States Magistrate Judge John F. Docherty dated

November 15, 2021 recommending the Court dismiss Plaintiff's claims of medical

negligence under Minnesota state law and deliberate indifference under federal

law.  (Doc. No. 59.)  Plaintiff did not object to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, and in

consideration of the applicable law, the Court will adopt the Report and

Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 59) is **ADOPTED**; and

2. Defendant Robert R. Cima's Motion to Dismiss and for Summary Judgment (Doc. No. 31) is **GRANTED** as follows:

   a. The medical negligence claim is **DISMISSED with prejudice** pursuant to Minnesota Statute § 145.682, subdivision 6, or alternatively under Federal Rule of Civil Procedure 56; and

   b. The deliberate indifference claim is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 31, 2022          s/Michael J. Davis
                                  MICHAEL J. DAVIS
                                  United States District Court